IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RODNEY MILLS,**

**Plaintiff,**

**v.**

**LAW OFFICES OF JOHN C. BONEWICZ, P.C., et al**

**Defendants.**                    No. 12-cv-1191-DRH-SCW

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Pending now before this Court is the plaintiff's notice of withdrawal of his complaint and voluntary dismissal of the action with prejudice. This Court acknowledges plaintiff's notice and dismisses the complaint with prejudice. Further, the Court directs the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 28th day of January, 2013.

David R. Herndon
2013.01.28
13:51:54 -06'00'

Chief Judge
United States District Court