UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RODNEY MILLS,**

    **Plaintiff,**

v.

**LAW OFFICES OF JOHN C. BONEWICZ, P.C.**
and **DOES 1-10,** *Inclusive*,

    **Defendants.**　　　　　　　　　　　　No. 12-cv-1191-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**　　This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 28, 2013, this case is **DISMISSED** with prejudice.

            NANCY J. ROSENSTENGEL,
            CLERK OF COURT


            BY:　　　　/s/*Sara Jennings*
            　　　　　　　Deputy Clerk

Dated:　January 28, 2013

David R. Herndon
2013.01.28
14:59:14 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT