UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RODNEY MILLS,**

    **Plaintiff,**

v.

**LAW OFFICES OF JOHN C. BONEWICZ, P.C.**
and **DOES 1-10,** *Inclusive*,

    **Defendants.**                     No. 12-cv-1191-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 28, 2013, this case is **DISMISSED** with prejudice.

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT

                        BY:      /s/*Sara Jennings*
                                  **Deputy Clerk**

Dated:   January 28, 2013

APPROVED: *David R. Herndon 2013.01.28 14:59:14 -06'00'*
            CHIEF JUDGE
            U. S. DISTRICT COURT